# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1330**
**KA 11-01595**
PRESENT: SCUDDER, P.J., SMITH, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

ANEUDI VASQUEZ, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JAMES ECKERT OF
COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (NANCY GILLIGAN OF
COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Monroe County
(Daniel J. Doyle, J.), rendered June 27, 2011. The judgment convicted
defendant, upon a jury verdict, of burglary in the second degree
(three counts).

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Same memorandum as in *People v Vasquez* ([appeal No. 1] ___ AD3d
___ [Dec. 23, 2015]).

Entered:  December 23, 2015                    Frances E. Cafarell
                                               Clerk of the Court